IRENE L. GIBB, APPELLEE, V. DANIEL DEAN GIBB, APPELLANT.

371 N.W.2d 128

Filed August 2, 1985.   No. 84-844.

Vincent Valentino and Kenneth R. Lang of Angle, Murphy, Lang & Valentino, P.C., for appellant.

James L. Haszard of Zimmerman & Haszard, for appellee.

KRIVOSHA, C.J., BOSLAUGH, WHITE, HASTINGS, CAPORALE, SHANAHAN, and GRANT, JJ.

PER CURIAM.

Following a hearing on appellee's application for modification of a decree of dissolution of marriage, the district court entered an order dismissing a citation for contempt, changed custody of the parties' minor child from the appellant to the appellee, and ordered the appellant to pay $200 per month child support.

We have reviewed the record in this case de novo and determine that the judgment of the district court was not in error. The judgment is affirmed.

AFFIRMED.